## 6371. GARDNER v. THE STATE.

RUSSELL, C. J. 1. "It is well settled that the failure of the trial judge to charge the jury in a criminal case to the effect that the defendant entered upon his trial with the presumption of innocence in his favor, and that this presumption remains with him until overcome by proof satisfying the jury of his guilt beyond a reasonable doubt, is reversible error." *Thurman* v. *State*, 14 *Ga. App.* 543 (6) (81 S. E. 796), citing *Coffin* v. *U. S.*, 156 U. S. 432 (15 Sup. Ct. 394, 39 L. ed. 481); *Reddick* v. *State*, 11 *Ga. App.* 150 (74 S. E. 901); *Bulls* v. *State*, 13 *Ga. App.* 274 (79 S. E. 87).

2. A charge to the jury, that the defendant goes on trial with the presumption of innocence in his favor, and that presumption remains with him throughout the trial of the case, in the nature of evidence in his behalf, until overcome and rebutted by proof of his guilt beyond "*a reasonable doubt of the law*," did not state the doctrine of law as to the presumption of innocence as clearly and correctly as the defendant was entitled to have it presented, and, in the absence of other instructions on the law as to reasonable doubt of guilt, may have been confusing to the jury, and thus failed to safeguard the interests of the defendant to the degree that the law demands. *Thurman* v. *State*, supra. See also *Norman* v. *State*, 10 *Ga. App.* 802 (74 S. E. 428).

3. The court erred in overruling the defendant's motion for a new trial.

*Judgment reversed. Broyles, J., dissents.*

DECIDED DECEMBER 9, 1915.

Indictment for misdemeanor; from city court of Jefferson— Judge Johns. January 6, 1915.

*Lewis C. Russell,* for plaintiff in error.

*P. Cooley, solicitor,* contra.

---

## 6415. YOUNG v. STUART LUMBER COMPANY.

RUSSELL, C. J. Since the fellow-servant rule applies to infants over the age of fourteen years, and they are presumed to assume the risks which the law makes incident to their contract of employment (*Evans* v. *Josephine Mills*, 119 *Ga.* 448, 453, 454, 46 S. E. 674), the court did not err in awarding a nonsuit. Nor was it error in the present case to exclude evidence tendered with reference to the statutory certificate as to the age of the child and as to his attendance at school. *Platt* v. *Southern Photo Material Co..* 4 *Ga. App.* 159 (60 S. E. 1068).

*Judgment affirmed.*

DECIDED DECEMBER 9, 1915.

Action for damages; from city court of Bainbridge—Judge Spooner. January 25, 1915.

*W. V. Custer, W. I. Geer,* for plaintiff.

*T. S. Hawes, M. E. O'Neal,* for defendant.